The People of the State of New York ex rel. The Nassau Electric Railroad Company and Lindley M. Garrison, as Receiver of the Nassau Electric Railroad Company, Appellants, v. The State Tax Commission of the State of New York and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.